ROSE INDIERO, BY HER NEXT FRIEND, ET AL., RE-
SPONDENTS, v. ANTONIO FAUSTO, APPELLANT.

Argued May 22, 1941—Decided September 19, 1941.

For the respondents, *Feder & Rinzler.*

For the appellant, *Benjamin M. Ratner.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Chief
Justice Brogan in the Supreme Court.

*For reversal*—None.